**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1837**

B.G., By Her Next Friend B.G.,

            Plaintiff - Appellant,

      v.

SAM MALHOTRA, In his Official Capacity as Secretary of the
Maryland Department of Human Resources; PETER BUESGENS, In
His Official Capacity as Director of the Worcester County
Department of Social Services; TERESA WALLER, In Her
Individual and Official Capacity Worcester County Department
of Social Services; SHAE NOTTINGHAM, In Her Individual and
Official Capacity Worcester County Department of Social
Services; KIMBERLY LINTON, In Her Individual and Official
Capacity Worcester County Department of Social Services,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:15-cv-02663-RDB)

Submitted:  February 23, 2017      Decided:  February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Robert McCaig, LEGAL AID BUREAU, INC., Salisbury, Maryland, for Appellant. Brian E. Frosh, Attorney General, Ann M. Sheridan, Assistant Attorney General, Baltimore, Maryland, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

B.G., by her next friend, B.G., appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint challenging a state court child custody proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. B.G. v. Malhotra, No. 1:15-cv-02663-RDB (D. Md. June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED